

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW                                                                    CLERK'S OFFICE
CLERK OF COURT                                                                        202-275-8000

January 5, 2024

2024-1138 - Ridge Corp. v. Kirk National Lease Co.

# NOTICE OF NON-COMPLIANCE

The documents (Response Briefs) submitted by Ridge Corp. are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of these documents correcting the following:

- Additional briefing is not authorized without leave of the court. Each party is authorized only a single brief of each type permitted by the Rules. Fed. R. App. P. 28(c); Fed. Cir. R. 28(i)(1); Fed. R. App. P. 28.1(c)(5).

- The case number must be centered at the <u>top</u> of the cover. Fed. R. App. P. 32(a)(2)(A).

- References in the brief to appendix pages must follow the numbering format specified in Fed. Cir. R. 30(b)(4)(E). Refer to "Appendix Page References" in the court's Electronic Filing Procedures ("CM/ECF User's Guide") adopted pursuant to Fed. Cir. R. 25 (Link).

  *[Clerk's Note: Appx0986, 1045, 1082, 1108, 1165 on page 3 is an example of improper non-consecutive pagination.]*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: K. Heidrick, Deputy Clerk