2024-1138

IN THE
# UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

———————

RIDGE CORP.,
  *Plaintiff-Appellee,*

v.

KIRK NATIONAL LEASE CO., TRUCK & TRAILER PARTS SOLUTIONS, INC., ALTUM LLC,
  *Defendants-Appellants.*

———————

Appeal from the United States District Court for the Southern District of Ohio,
No. 2:23-cv-03012-ALM-KAJ (United States District Judge Algenon L. Marbley)

———————

**APPELLANTS KIRK NATIONAL LEASE CO. AND TRUCK & TRAILER PARTS SOLUTIONS, INC.'S CERTIFICATE OF COMPLIANCE WITH FEDERAL CIRCUIT RULE 25.1(c)(2)**

———————

Appellants Kirk National Lease Co. and Truck & Trailer Parts Solutions, Inc. hereby certify that they have complied with Rule 25.1(c)(2) of the Federal Circuit Rules by reviewing the record to determine whether there are protected portions that need to remain protected on appeal.

Dated:  March 21, 2024

Respectfully submitted,

/s/ Donald E. Burton
Donald E. Burton
FARUKI PLL
110 North Main Street, Suite 1600
Dayton, OH  45402
Telephone:  (937) 227-3736
Telecopier:  (937) 227-3717
Email:   dburton@ficlaw.com

Melissa L. Watt
FARUKI PLL
201 East Fifth Street, Suite 1420
Cincinnati, Ohio  45202
Telephone:  (513) 632-0303
Telecopier:  (513) 632-0319
Email:   mwatt@ficlaw.com

Joshua A. Koltak
Michael J. Scarpelli
FAULKNER, GARMHAUSEN, KEISTER & SHENK
Courtview Center - Suite 300
100 South Main Avenue
Sidney, Ohio  45365
Telephone:  (937) 492-1271
Telecopier:  (937) 498-1306
Email:   jkoltak@fgks-law.com
         mscarpelli@fgks-law.com

*Attorneys for Defendants-Appellants Kirk National Lease Co. and Truck & Trailer Parts Solutions, Inc.*

4854-2599-9788.1